**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:13-CR-0009-JRH-BKE-1 |
| | ) | |
| TIFFANY L. WALLACE | ) | |

## ORDER

This matter comes before the Court on the government's motion for default judgment against the Defendant, Tiffany L. Wallace, and her surety, Wayne Wallace. (Doc. no. 67.) On June 12, 2015, a copy of the motion was mailed to the Defendant and her surety. Neither the Defendant nor her surety has filed a response. The Court, having read and considered the government's motion and the balance of the record, hereby ORDERS:

1. The United States' Motion for Default Judgment (doc. no. 67) is GRANTED.

2. Judgment is entered in favor of the United States of America and against the Defendant and Wayne Wallace, jointly and severally, in the principal sum of $25,000.00. The $2,500.00 previously forfeited shall be credited against such judgment.

3. Wayne Wallace shall remit, within fifteen days of this default judgment, payment in the amount of $22,500.00, with interest, to the Clerk of Court.

4. The $2,500.00 previously forfeited cash security and any remaining forfeiture proceeds collected under this default judgment, plus any accrued interest, shall be applied to the payment of restitution in this case, in accordance with the priority and schedule set forth in the criminal judgment. (Doc. no. 64.) The Clerk of Court shall coordinate as needed with the United States Attorney's Office, Southern District of Georgia, Financial Litigation Unit, to apply the

forfeited funds in the manner directed in this Order.

ORDER ENTERED at Augusta, Georgia, this 27th day of _____ July _____, 2015.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia